**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JONATHAN VOORHIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 1:26-cv-107** |
| **v.** | ) | |
| | ) | |
| **CORRECTION OFFICER CRUZ,** | ) | |
| ***et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# MEMORANDUM ORDER

Plaintiff Johnathan Voorhis, a former inmate at the Erie County Prison ("ECP"), initiated this *pro se* lawsuit on April 24, 2026, with the filing of a motion for leave to proceed *in forma pauperis* to which he appended a complaint. His pleading is directed against numerous corrections officials and medical personnel at ECP whom Plaintiff claims violated his civil rights based on an incident that occurred on January 21, 2023. Boiled to its essence, Plaintiff appears to be alleging that the various Defendants acted in concert to place him on a suicide watch for the purpose of killing him and unlawfully removing his minor child. The case has been referred to United States Magistrate Richard A. Lanzillo for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and the Local Rules for Magistrate Judges.

After reviewing the sufficiency of Plaintiff's complaint, Judge Lanzillo issued a Report and Recommendation ("R&R") on October 7, 2026 in which he concluded that the complaint should be dismissed without leave to amend. To that end, Judge Lanzillo found Plaintiff's allegation "that Defendants conspired to unlawfully place him on suicide watch and kill him in order to further the goal of removing [his] minor child" to be "plainly frivolous." ECF No. 4 at 9. Judge Lanzillo explained that Plaintiff's "fantastic" and "delusional" allegations "are not only

too conclusory to support a plausible claim" but also "lack any arguable basis in law or fact[.]" *Id.* In addition, Judge Lanzillo observed that this lawsuit is duplicative because Plaintiff has repeatedly brought claims in federal court relating to the January 21, 2023 incident at Erie County Prison and the removal of his minor child. *Id.* at 9-11 (citing, *e.g.,* Case Nos. 1:23-cv-93 (W.D. Pa), 1:26-cv-35 (W.D. Pa.), 1:26-cv-72 (W.D. Pa.), and 4:25-cv-1843 (M.D. Pa.)). Finally, Judge Lanzillo concluded that Plaintiff's complaint in this action violates the longstanding rule against "claim splitting," in view of his previously filed lawsuit at Case No. 1:23-cv-93. *Id.* at 12-14.

Plaintiff's objections to the R&R were due to be filed on or before October 26, 2026. To date, no objections have been filed.

Accordingly, after *de novo* review of the documents in the case, including the complaint and the Magistrate Judge's Report and Recommendation,

IT IS ORDERED, this 10th day of November 2026, that the within civil action shall be, and hereby is, DISMISSED with prejudice as frivolous pursuant to the provisions of 28 U.S.C. §1915(e).

IT IS FURTHER ORDERED that the Report and Recommendation issued by U.S. Magistrate Judge Richard A. Lanzillo on October 7, 2026, ECF No. [4], is adopted as the opinion of this Court.

There being no additional claims pending before the Court in this civil action, the Clerk is directed to mark this case "CLOSED."

Susan Paradise Baxter

SUSAN PARADISE BAXTER
United States District Judge